AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SOUTHEASTERN CARPENTERS & MILLWRIGHTS
HEALTH TRUST FUND, et al.,

Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:23-cv-060

THE MECHANICAL SHOP, INC.,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Consent Judgment entered November 2, 2023, judgment is hereby entered in favor of Plaintiffs and against Defendant in the total amount of $113,163.45, which consists of $97,436.97 principal, $8,226.48 in statutory liquidated damages, and $7,500.00 in statutory attorney's fees, as provided by 29 U.S.C. § 1132(g)(2)(D). Post-judgment interest shall accrue as provided by law.  This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

November 2, 2023
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
(By) Deputy Clerk

GAS Rev 10/2020